```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FXR CONSTRUCTION, INC.,                                            :
                                                                   :
                              Plaintiff,                           :
                                                                   :    20 Civ. 11086 (JPC)
        -v-                                                        :
                                                                   :    ORDER
FEDERAL INSURANCE COMPANY a/k/a CHUBB                              :
AND JOHN DOES 1 TO 10,                                             :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Defendant Federal Insurance Company's letter requesting an adjournment of the Initial Pretrial Conference ("IPTC") scheduled for March 23, 2021, at 10:30 a.m. (Dkt. 14) and Plaintiff FXR Construction, Inc.'s opposition to the request (Dkt. 15).

Defendant's request is denied. The IPTC shall take place as scheduled. Further, the parties are directed to submit a joint proposed Scheduling Order by March 22, 2021.

The Clerk of Court is respectfully directed to close the motion pending on Docket Number 14.

SO ORDERED.

Dated: March 20, 2021
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                          United States District Judge