UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FXR CONSTRUCTION, INC.,                                                 :
                                                                        :
                              Plaintiff,                  :
                                                                        :      20 Civ. 11086 (JPC)
           -v-                                                       :
                                                                        :      <u>ORDER</u>
FEDERAL INSURANCE COMPANY a/k/a CHUBB,                                  :
                                                                        :
                              Defendant.                  :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Pursuant to the most recently entered Civil Case Management Plan and Scheduling Order, Dkt. 73, the parties were to complete all discovery by July 14, 2023, *id.* at 2, and were to submit a post-discovery status letter by July 21, 2023, *id.* at 3. The docket reflects, however, that no such status letter has been filed. Consequently, by August 4, 2023, the parties shall submit a status letter containing the information set forth in paragraph 18 of the Civil Case Management Plan and Scheduling Order. *See id.*

        SO ORDERED.

Dated: July 28, 2023
       New York, New York

                                                              JOHN P. CRONAN
                                                              United States District Judge