```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FXR CONSTRUCTION, INC.,                                                :
                                                                       :
                        Plaintiff,                                     :
                                                                       :           20 Civ. 11086 (JPC)
        -v-                                                            :
                                                                       :                 ORDER
FEDERAL INSURANCE COMPANY a/k/a CHUBB,                                 :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order. Any pending motions are denied as moot and any conferences are adjourned *sine die*.

      SO ORDERED.

Dated: December 8, 2023  
       New York, New York  
                                                                     JOHN P. CRONAN  
                                                           United States District Judge